## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JEREMY KENNEDY                                                        PLAINTIFF
ADC #093061
v.                                    No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS;
PHILLIP MILLER;  CLAYTON
EDWARDS;  and WHITE COUNTY
DETENTION CENTER SHIFT
SUPERVISORS                                                         DEFENDANTS

### ORDER

Kennedy's motion to compel, *Doc. 18*, is denied.  A scheduling order will issue with instructions on discovery after the case is screened.  28 U.S.C. §1915A.  Until that time, no further filings are necessary.

So Ordered.

_W.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_27 June 2024_