IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY
ADC #093061                                                        PLAINTIFF

v.                          No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS;
PHILLIP MILLER; CLAYTON
EDWARDS; PAUL MCINTOSH;
JOSEPH GOSSETT; CHAD HALE,
and JOHN DOE, Health Services
Administrator                                                      DEFENDANTS

## ORDER

1. Kennedy's unopposed second motion to amend his complaint, *Doc. 28*, is granted. Fed. R. Civ. P. 15(a)(2). Amended complaint due by 18 August 2024. Kennedy's first motion to amend his complaint, *Doc. 14*, is denied as moot. The Court will direct service on additional defendants once it screens his second amended complaint. Until that time, no further filings are necessary.

2. Gossett's notice of removal, *Doc. 23*, is noted. 28 U.S.C. § 1446(b)(2)(B). His motion to consolidate, *Doc. 24*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2024