IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY                                                                            PLAINTIFF
ADC #093061
v.                                    No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS;
JOSEPH GOSSETT; BROWN, Bald Knob
Police Officer; MATTHEW
RAINWATER, Jailer, White
County Detention Center; WHITE
COUNTY DETENTION CENTER
MEDICAL DIRECTOR; CAMERON
HUGHES, LPN; TABBITHA
BURTON; TAMMY GLENN;
CHASSITY HALL; BARBARA
STACKS; and WHITE COUNTY
DETENTION CENTER NURSE I                                                        DEFENDANTS

ORDER

Kennedy has filed another motion to compel. He mailed it before receiving the Order denying his earlier motions. His latest motion, *Doc. 97*, is denied for the same reasons. *Doc. 96 at 4.*

Also, two housekeeping matters. First, the Court directed White County's attorney to file a notice identifying the person who served as Medical Director of the White County Detention Center from 8 August 2022 to 9 September 2022. *Doc. 80 at 10.* The notice was filed, *Doc. 82*, and Dr. Abselon Tilly filed an answer to the third amended

complaint. *Doc. 90.* The Court directs the Clerk to add Dr. Tilly as a defendant and to terminate the White County Detention Center Medical Director as a party.

Second, in January, counsel filed an under-seal notice identifying two additional Doe Nurses. *Doc. 52.* The Court missed it. Apologies to the parties. The Court directs the Clerk to issue summonses for Ashley Watts and Alana Mohlke and deliver them, along with a copy of the third amended complaint, *Doc. 79*, and this Order, to the United States Marshal for service. The Marshal must serve these papers by restricted delivery, return receipt requested. Kennedy does not have to prepay the fees and costs or security.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2025