**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEREMY KENNEDY**
**ADC #093061** **PLAINTIFF**

**v.** **No. 4:24-cv-219-DPM**

**WHITE COUNTY, ARKANSAS; JOSEPH GOSSETT; BROWN, Bald Knob Police Officer; MATTHEW RAINWATER, Jailer, White County Detention Center; CAMERON HUGHES, LPN; TABBITHA BURTON, Nurse; TAMMY GLENN, Nurse; CHASSITY HALL, Nurse; BARBARA STACKS; WHITE COUNTY DETENTION CENTER NURSE I;ABSELON TILLY, Medical Director, White County Detention Center; ASHLEY WATTS, Nurse; and ALANA MOHLKE, Nurse** **DEFENDANTS**

## ORDER

Kennedy's motion for leave to file a fourth—and, he promises, final—amended complaint, *Doc. 99*, is noted. Other motions and matters need to be resolved before the Court rules on that motion.

First, Kennedy's motion for copies, *Doc. 100*, is granted. The Court directs the Clerk to send Kennedy copies of *Doc. 22, 23, 24 & 54*, as well as a copy of the docket sheet.

Second, the inadvertent disclosure issue. Counsel for the nurses included two pages of medical records for another person in their

document production to Kennedy. This was an unfortunate accident. It is not cause for sanctions. Kennedy did the right thing in flagging the issue, but he should have done so with opposing counsel. The motion for sanctions, *Doc. 103*, is denied. The motion to seal, *Doc. 104*, is granted as modified. The Court directs the Clerk to refile *Doc. 103* as follows.

- Pages 1-2 should be filed publicly as Kennedy's motion;
- Pages 3-4 should be filed under seal as Exhibit 1 to the motion;
- Pages 5-10 should be filed publicly as Exhibit 2 to the motion; and
- Page 11 should be filed publicly as Exhibit 3 to the motion.

Third, the problems with Assistant Chief Gossett. He has not filed an answer to the Third Amended Complaint. Robert Newcomb, his lawyer, had major surgery last year. *Doc. 54 at 1-2.* He said he intended to file an answer to the second amended complaint in January 2025, *Doc. 54 at 2*, but failed to do so. The Court is concerned.

Kennedy's motion for the Court's intervention, *Doc. 101*, is granted as modified. The Court directs Newcomb to file a status report explaining his failure to participate in this case. His report is due by May 30. The Court directs the Clerk to send a copy of this Order to

Assistant Chief Joseph Gossett at 318 Van Buren Street, Judsonia, Arkansas 72081.

Fourth, service on Officer Brown. The United States Marshal attempted service by mail. There's some indication that it may have been delivered, but proof of service is inadequate. *Doc. 102 at 2.* Officer Brown hasn't appeared.

The Court directs the Clerk to issue another summons for Officer Brown, who should be served at the Bald Knob Police Department, 3713 AR-367, Bald Knob, Arkansas 72010. The Clerk must deliver the summons along with a copy of the third amended complaint, *Doc. 79*, and this Order, to the United States Marshal for service. The Marshal must serve these papers on Officer Brown by restricted delivery, return receipt requested. Kennedy does not have to prepay the fees and costs or security. Officer Brown's response to the third amended complaint is due within twenty-one days of service.

*

Kennedy's motion for copies, *Doc. 100*, is granted. His motion for Court's intervention, *Doc. 101*, and the nurses' motion to seal, *Doc. 104*, are granted as modified. Kennedy's motion for sanctions, *Doc. 103*, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

6 May 2025