IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY
ADC #093061                                                                                    PLAINTIFF

v.                              No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS; JOSEPH
GOSSETT; BROWN, Bald Knob Police
Officer; MATTHEW RAINWATER, Jailer,
White County Detention Center;
CAMERON HUGHES, LPN; TABBITHA
BURTON, Nurse; TAMMY GLENN, Nurse;
CHASSITY HALL, Nurse; BARBARA
STACKS; WHITE COUNTY DETENTION
CENTER NURSE I; ABSELON TILLY,
Medical Director, White County Detention
Center; ASHLEY WATTS, Nurse; and
ALANA MOHLKE, Nurse                                                                          DEFENDANTS

ORDER

Kennedy's motion, *Doc. 114*, is denied. The nudge is appreciated. The apology, too. Both are unnecessary. The Court entered its last Order, *Doc. 113*, in the interval between mailing and receipt of the motion. This case will proceed on the plan laid out in that Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2025