IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY
ADC #093061                                                                                    PLAINTIFF

v.                              No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS; JOSEPH
GOSSETT; BROWN, Bald Knob Police
Officer; MATTHEW RAINWATER, Jailer,
White County Detention Center;
CAMERON HUGHES, LPN; TABBITHA
BURTON, Nurse; TAMMY GLENN, Nurse;
CHASSITY HALL, Nurse; BARBARA
STACKS; WHITE COUNTY DETENTION
CENTER NURSE I; ABSELON TILLY,
Medical Director, White County Detention
Center; ASHLEY WATTS, Nurse; and
ALANA MOHLKE, Nurse                                                                       DEFENDANTS

ORDER

The Court's May 30th deadline passed without any filings from Assistant Chief Gossett. His lawyer, Robert Newcomb, had major surgery last year. *Doc. 54 at 1*. His failure to respond would be unusual. But he recently failed to respond to a motion for judgment on the pleadings in another case. A filing by substitute counsel says that Newcomb apparently has some serious health issues. *Byers v. May, et al.*, Case No. 3:24-cv-80-DPM (16 May 2025).

- 2 -

The Court directs the lawyers to file reports under seal disclosing what they know about Newcomb's health and activity in this case. Newcomb is directed to file a sealed report, too, if he is able. The reports are due by 17 June 2025. Until further Order, this case is stayed against Assistant Chief Gossett.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2025