IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY
ADC #093061                                                                PLAINTIFF

v.                          No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS; JOSEPH
GOSSETT; BROWN, Bald Knob Police
Officer; MATTHEW RAINWATER, Jailer,
White County Detention Center;
CAMERON HUGHES, LPN; TABBITHA
BURTON, Nurse; TAMMY GLENN, Nurse;
CHASSITY HALL, Nurse; BARBARA
STACKS, Nurse; WHITE COUNTY
DETENTION CENTER NURSE I; ABSELON
TILLY, Medical Director, White County
Detention Center; ASHLEY WATTS, Nurse;
and ALANA MOHLKE, Nurse                                                    DEFENDANTS

ORDER

1. Reports, *Doc. 122 & 123*, appreciated. The stay against Assistant Chief Gossett is lifted.

2. Kennedy's motion for Court intervention, *Doc. 124*, is partly granted but mostly denied. His motion to lift the stay against Assistant Chief Gossett is granted. So too is his motion for a ruling on his motions for leave to file a fourth amended complaint. But his motion for an Order directing Assistant Chief Gossett to amend his answer is denied. The disagreement over the facts will play out as the case

progresses.  As for Officer Brown, it appears he was served on 30 May 2025, *Doc. 119*, and failed to file a response to the third amended complaint.  The Court cannot give Kennedy legal advice on what to do about that.

3.  That leaves the motions for leave to file a fourth amended complaint.  The proposed fourth amended complaint attached to *Doc. 99* is 80 pages long with another 36 pages of attachments.  It isn't a short and plain statement showing that Kennedy is entitled to relief.  Fed. R. Civ. P. 8(a).  He is a diligent *pro se* plaintiff.  He has worked hard to explore all possible claims that could be brought in this case.  That is commendable.  But it has also caused this case to be bogged down.  All material things considered, the motions, *Doc. 99 & 117*, are denied.  Fed. R. Civ. P. 15(a)(2).

4.  This case has been progressing in fits and starts for sixteen months.  It's time to get on track.  A Second Amended Scheduling Order will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2025