IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY                                                                      PLAINTIFF
ADC #093061
v.                                  No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS; JOSEPH
GOSSETT; BROWN, Bald Knob Police
Officer; MATTHEW RAINWATER, Jailer,
White County Detention Center;
CAMERON HUGHES, LPN; TABBITHA
BURTON, Nurse; TAMMY GLENN, Nurse;
CHASSITY HALL, Nurse; BARBARA
STACKS, Nurse; ABSELON TILLY,
Medical Director, White County Detention
Center; ASHLEY WATTS, Nurse; and
ALANA MOHLKE, Nurse                                                            DEFENDANTS

ORDER

1. Kennedy's motion for partial dismissal is granted. His claims against White County, Assistant Chief Gossett, and Officer Brown that survived screening remain pending. All other claims are dismissed without prejudice.

2. Kennedy's motion for a default judgment is partly granted and is partly denied without prejudice as premature. The embedded motion for entry of default is granted. The Court directs the Clerk to enter a Clerk's default against Officer Brown. Fed. R. Civ. P. 55(a). The amount of Kennedy's damages caused by Officer Brown is an open

question. The Court will handle that issue in due course as the case progresses. The Court will defer entry of Judgment until damages are decided.

3. Kennedy's motion for issuance of a subpoena is granted as modified. The Court directs the Clerk to issue to Kennedy a signed, but otherwise blank, subpoena to produce documents. Fed. R. Civ. P. 45(a)(3). Kennedy must complete the subpoena and return it to the Court. The Court will then direct the United States Marshal to serve it on the Judsonia Police Department. 28 U.S.C. § 1915(d).

4. Kennedy's amended motion for partial summary judgment is noted. His original motion is denied as moot. So, too, is White County's motion for an extension of time to respond to the original motion. White County's motion for an extension of time to respond to the amended motion is granted.

\*

Motions, *Doc. 132 & 138*, denied as moot. Motion for extension of time, *Doc. 142*, granted. White County's response to the amended motion for summary judgment is due by 18 August 2025. Motion for partial dismissal, *Doc. 129*, granted. The Court directs the Clerk to terminate Jailer Rainwater, Nurse Hughes, Nurse Burton, Nurse Glenn, Nurse Hall, Nurse Stacks, Medical Director Tilly, Nurse Watts, and Nurse Mohlke as defendants. Motion for default judgment, *Doc. 130*, partly granted and partly denied without prejudice as

premature. The Court directs the Clerk to enter a Clerk's default against Officer Brown. Motion for issuance of a subpoena, *Doc. 137*, granted as modified. The Court directs the Clerk to issue to Kennedy a signed, but otherwise blank, subpoena to produce documents.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2025