IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY KENNEDY**  **PLAINTIFF**
ADC #093061

v.    No. 4:24-cv-219-DPM

**WHITE COUNTY, ARKANSAS;**
**JOSEPH GOSSETT;  and BROWN,**
**Bald Knob Police Officer**    **DEFENDANTS**

### ORDER

1. Kennedy's motions to compel directed against White County, *Doc. 162 & 163*, are denied.

2. Kennedy's motions to compel against Assistant Chief Gossett, *Doc. 165 & 171*, are denied, too.  Gossett's failure to respond to the requests for admission may well mean that those matters are deemed admitted (as it pertains to Gossett).  But the Court need not declare that so now.

3. The Court notes that Kennedy has begun filing discovery requests.  The Court understands Kennedy's frustration with Gossett's apparent non-responsiveness.  But filing discovery requests is improper.  Kennedy must stop doing so.  Furthermore, it's clear that Kennedy has served more than twenty-five interrogatories on both White County and Assistant Chief Gossett in addition to many more requests for production of documents and requests for admission.

- 2 -

*See Doc. 168 at 1 & Doc. 148 at 4.* That's enough written discovery. Kennedy is prohibited from sending any more interrogatories, requests for production of documents, or requests for admission to White County and Assistant Chief Gossett. Fed. R. Civ. P. 26(b)(2).

    **4.** Kennedy's motion for service, *Doc. 166*, is noted. The United States Marshal cannot buy postage for service by mail during the government shutdown. The Court will grant the motion in due course.

    **5.** Kennedy's motion to reconsider on the summary judgment issues, *Doc. 167*, is denied.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2025