IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY                                                                PLAINTIFF
ADC #093061

v.                            No. 4:24-cv-219-DPM

WHITE COUNTY, ARKANSAS;
JOSEPH GOSSETT; and BROWN,
Bald Knob Police Officer                                                      DEFENDANTS

## ORDER

Status report, *Doc. 174*, noted. Congratulations on the Kennedy/White County settlement. The Court will await receipt of the joint stipulation of dismissal before taking any action on the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025