## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEREMY KENNEDY**                                                                              **PLAINTIFF**
**ADC #093061**

**v.**                                   **No. 4:24-cv-219-DPM**

**WHITE COUNTY, ARKANSAS;**
**JOSEPH GOSSETT; and BROWN,**
**Bald Knob Police Officer**                                            **DEFENDANTS**

### ORDER

The government has reopened. Kennedy's motion for service of the subpoena, *Doc. 166*, is therefore granted. The Court directs the United States Marshal to serve a copy of the subpoena, *Doc. 166*, and a copy of this Order, on the Chief of Police for Bald Knob, Arkansas. The Court directs the Clerk to provide a copy of the subpoena and this Order to the United States Marshal.

Kennedy's other motion, *Doc. 177*, is denied. If Gossett failed to serve within thirty days a written answer or objection to the requests for admission, those matters are admitted unless the Court permits his admissions to be withdrawn or amended. Fed. R. Civ. P. 36(a)(3) & (b). But it need not declare so now at this stage of the case.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 November 2025