## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEREMY KENNEDY**                                                          **PLAINTIFF**
**ADC #093061**

**v.**                              **No. 4:24-cv-219-DPM**

**WHITE COUNTY, ARKANSAS;**
**JOSEPH GOSSETT;  and BROWN,**
**Bald Knob Police Officer**                                          **DEFENDANTS**

### ORDER

The joint stipulation of dismissal, *Doc. 182*, is noted.  Kennedy's claims against White County are dismissed with prejudice.  The Court directs the Clerk to terminate White County as a party.

Kennedy's second motion for service, *Doc. 180*, is denied as moot. His second motion, *Doc. 180*, related to the requests for admissions is denied for the reasons stated in the Court's last Order.  *Doc. 181 at 1.*

Kennedy's motion to enforce compliance, *Doc. 178*, is granted as modified.  The Court directs Chief Parsons to show cause why the Judsonia Police Department should not be held in contempt for failing to respond to the subpoena.  Response due by 10 January 2026.  The Court directs the Clerk to mail a copy of this Order to Chief Parsons at the address provided in *Doc. 161*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 December 2025