# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JEREMY KENNEDY**  **PLAINTIFF**
**ADC #093061**

v.  No. 4:24-cv-219-DPM

**JOSEPH GOSSETT and BRANDON**
**BROWN**  **DEFENDANTS**

## ORDER

**1**. Chief Parsons didn't file a response to the Court's show cause Order. *Doc. 183-1 at 1*. But he did, at least, provide the documents subpoenaed by Kennedy. *Doc. 191 at 1*. This is a welcome development. Kennedy's motion, *Doc. 191*, is granted. The apology is appreciated, but unnecessary. His motion, *Doc. 190*, to hold Chief Parsons in contempt is denied as moot.

**2.** Kennedy's other motion, *Doc. 189*, is granted in part but mostly denied. The Court directs the Clerk to update the docket with Brandon Brown's full name. Kennedy's embedded request for copies is denied as moot. His other request, for the Court's help in finding addresses for him to serve subpoenas on Google and Cricket, is denied. The Court is sympathetic to Kennedy's predicament as an incarcerated litigant without internet access. But the Court can't provide that type of assistance to a party.

**3.** Gossett's motion for an extension of time, *Doc. 196*, is granted as modified.  The discovery deadline passed in December.  *Doc. 128 at 1*.  Gossett hasn't shown good cause for an extension of that deadline.  The Court assumes, however, that Gossett meant to request an extension of his deadline to respond to Kennedy's second motion for summary judgment, *Doc. 192*.  If so, that request is granted.  His response is due by 9 February 2026.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

<u>3 February 2026</u>