IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY KENNEDY                                                    PLAINTIFF
ADC #093061

v.                          No. 4:24-cv-219-DPM

JOSEPH GOSSETT and
BRANDON BROWN                                                   DEFENDANTS

## ORDER

The Court has discovered an unexpected twist near the end of this long-running case. Almost a year ago, the Court directed the Clerk to enter a Clerk's default against "Officer Brown," as he was then known. *Doc. 143 at 1.* Kennedy learned later that Officer Brown's first name is Brandon. *Doc. 197.* Here's the twist. Court staff recently reviewed the process receipt for Officer Brown. It's signed by Shiloh—not Brandon—Brown. *Doc. 119 at 2.* Unless Shiloh is Brandon, service was not good.

In an abundance of caution, the Court sets aside the Clerk's default, *Doc. 144.* Trial is set for 27 April 2027. If Kennedy pursues his illegal search claim against Brown, the trial must be continued. So, he has a choice: find and serve Brandon Brown, or voluntarily dismiss the claim against him. If Kennedy decides to keep Brandon in the case, he has until 13 October 2026 to get good service. Kennedy should serve a

copy of the Court's screening Order, *Doc. 80*, along with the summons and Third Amended Complaint, *Doc. 79*. If he needs more time, he may move for a good-cause extension.  Fed. R. Civ. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
16 July 2026