**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEREMY KENNEDY** **PLAINTIFF**

**v.** **No. 4:24-cv-219-DPM**

**JOSEPH GOSSETT and**
**BRANDON BROWN** **DEFENDANTS**

**ORDER**

Motion, *Doc. 218*, denied as moot. *See Doc. 217.*

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026